# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FLORIDA FARM BUREAU GENERAL
INSURANCE COMPANY,

    Plaintiff,

vs.                                       CASE NO.: 3:09cv145/MCR/EMT

VONCILLE JERNIGAN,

    Defendant.
_____/

## O R D E R

    This matter is presently scheduled on the court's trial docket commencing September 20, 2010. The court notes that motions for summary judgment filed on behalf of both parties are pending in this matter. Due to conflicting matters on the court's calendar and the pending dispositive motions, the trial in this case will be continued from the current docket date and will be rescheduled by separate order following the court's ruling on the pending motions. Accordingly, it is

    ORDERED:

    The trial in this case is hereby continued from trial docket commencing September 20, 2010, and will be rescheduled by separate order following the court's ruling on the pending dispositive motions.

    **DONE and ORDERED** on this 20th day of May, 2010.


                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**